RECEIVED
SEP - 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DANIEL ACOSTA SARMIENTO | CIVIL ACTION NO. 6:16-cv-1424 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| INDALECIO RAMOS, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Respondents' Motions to Dismiss [Rec. Doc. 20] is **GRANTED**.

**IT IS FURTHER ORDERED** that the petition for *habeas corpus* should be **DISMISSED WITHOUT PREJUDICE** as MOOT.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 5th day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE